UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AQUILA AVIATION VENTURES, LLC, ET AL.,

        Plaintiffs,

- against -

CITY VENTURES ENTERPRISES, LLC, ET AL.,

        Defendants.

25-cv-2670 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time for the plaintiff to serve the summons and complaint is extended to **July 28, 2025**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for July 29, 2025, is canceled.

SO ORDERED.

Dated:    New York, New York
            July 14, 2025

                                      John G. Koeltl
                                  United States District Judge