```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

AQUILA AVIATION VENTURES, LLC, ET AL.,

                Plaintiffs,       25-cv-2670 (JGK)

     - against -              ORDER

CITY VENTURES ENTERPRISES, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs' complaint is **dismissed without prejudice** for failure to allege complete diversity of citizenship between the plaintiffs and the defendants. The plaintiffs may refile an amended complaint properly alleging diversity of citizenship by **September 16, 2025.** If any member is a corporation, the plaintiffs should describe the state of incorporation and the principal place of business for any such corporation. For those parties that are limited liability companies, the citizenship of a limited liability company is determined by the citizenship of each of its members. See Bayerische Landesbank, New York Branch v. Aladdin Cap. Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012). The

plaintiffs should therefore identify the citizenship of each of the members of the limited liability companies.

**SO ORDERED.**

Dated:   New York, New York
         September 9, 2025

_____
John G. Koeltl
United States District Judge