UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AQUILA AVIATION VENTURES, LLC, ET AL.,

                Plaintiffs,        25-cv-2670 (JGK)

      - against -                ORDER

CITY VENTURES ENTERPRISES, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

On September 9, 2025, the Court dismissed the plaintiffs' complaint without prejudice for failure to allege complete diversity of citizenship between the plaintiffs and the defendants. ECF No. 33. The Court allowed plaintiffs to refile an amended complaint properly alleging diversity of citizenship by September 16, 2025. Id. To date, no amended complaint has been filed. Accordingly, this case is **dismissed without prejudice** for failure to allege subject-matter jurisdiction. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
          September 22, 2025

                                            John G. Koeltl
                                    United States District Judge